# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LUBOMIR DIMITROV,

        Plaintiff,        Case No. 05-C-397

        v.

FIRST NAME UNKNOWN/MIKUTIS,

        Defendant.

## ORDER

        The court ORDERS that the Plaintiff's letter request for appointment of counsel (filed April 28, 2005) IS DENIED without prejudice. The Plaintiff, a prisoner in state custody, has not paid the partial filing fee and has made no showing that he has attempted to retain counsel through his own efforts.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 29th day of April 2005.

        s/Thomas J. Curran
        Thomas J. Curran
        United States District Judge