# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LUBOMIR DIMITROV,

        Plaintiff,        Case No. 05-C-397

    v.

FIRSTNAME UNKNOWN/MIKUTIS,

        Defendant.

## OPINION AND ORDER

        Having reviewed the Plaintiff's submission, the court ORDERS that his motion for reconsideration (filed May 4,2005) IS DENIED. The Clerk of Court's docket does not reflect that a partial filing fee has been paid.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 5th day of May, 2005.


        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge