# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LUBOMIR METODIEU DIMITROV,

        Plaintiff,

v.                               Case No. 05-C-397

K. MIKUTIS,

        Defendant.

## ORDER

The court **ORDERS** that the Plaintiff's "Motion to Proceed Without Prepayment of Appeal Fees" (filed August 29, 2005) **IS DENIED** for the reasons set forth in the court's Order of August 18, 2005.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 30th day of August, 2005.

                                          s/Thomas J. Curran
                                          THOMAS J. CURRAN
                                          United States District Judge